869 F.2d 594
 Tauber (Laszlo N.), d/b/a Flat Fork Partners
v.
Goldstein (Martin L.), Halpern (Martin A.), Meyer (Morton
M.), Fox (Jay), Cannon (Herbert), Brent (Wilson J., Jr.),
Herbert S. Cannon & Co., Ltd., Hemco Coal Management Corp.,
Hemisphere Coal Co., Inc., Coal Technology Consultants,
Inc., Brent Coal Co., Inc., Bury (David A.), Leckie (Andrew J.)
 NO. 88-3570
 United States Court of Appeals,
Fourth Circuit.
 FEB 10, 1989
 
 1
 Appeal From: D.Md.
 
 
 2
 AFFIRMED.